

E-filing

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 13 5609 WHA

| | |
|---|---|
| ERIC CHRISTOPOHER HOUSTON,<br><br>    Petitioner,<br><br>v.<br><br>Kenneth Chappell, Warden of California State Prison at San Quentin,<br><br>    Respondent | Case No.:<br><br>**DEATH PENALTY CASE**<br><br>[PROPOSED] ORDER STAYING EXECUTION OF DEATH SENTENCE AND REFERRING THE MATTER TO THE SELECTION BOARD FOR SUGGESTION OF APPOINTED COUNSEL |

Upon request of petitioner, and pursuant to Local Rules 2254-25 (a),(b) and (c),

IT IS HEREBY ORDERED that the execution of petitioner's sentence of death, and all court and other proceedings related to the execution of that sentence, including preparation for execution and the setting of an execution date, are stayed until final disposition in this Court of the federal habeas corpus petition to be filed on petitioner's behalf.

IT IS FURTHER ORDERED, that this matter be referred to the Selection Board for the United States District Court, Northern

1  District of California, for suggestion of one or more counsel to be
2  appointed to represent petitioner in these proceedings.
3      The Clerk of the Court shall serve a certified copy of this
4  order on petitioner; respondent, Kevin Chappell, Warden of San
5  Quentin Prison; the Clerk of the Napa County Superior Court; Julie
6  A. Hokans, Supervising Deputy Attorney General of the State of
7  California; Patrick McGrath, District Attorney of Yuba County; and
8  Michael G. Millman, Executive Director of the California Appellate
9  Project, San Francisco.

DATED: 12/5/13

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

_____
DAVID H. SCHWARTZ
LAW OFFICES OF DAVID H. SCHWARTZ, INC.
601 California Street, Suite 1800
San Francisco, CA 94108
Attorney at Law
On behalf of Petitioner
ERIC CHRISTOPHER HOUSTON

ORDER STAYING EXECUTION
OF DEATH SENTENCE                                            Page 2