IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CHRISTOPHER HOUSTON,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RON DAVIS, Warden, San Quentin State Prison<br><br>　　　　Respondent. / | No. 13-CV-5609 WHA<br><br>DEATH PENALTY CASE<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME IN WHICH TO FILE A MOTION ON EXHAUSTION** |

　　　Upon motion of respondent and for good cause shown, it is hereby ordered that the deadline for filing a motion to determine the exhaustion of petitioner's claims in the Petition for Writ of Habeas Corpus is extended up to and including March 17, 2016.

　　　**IT IS SO ORDERED.**

Dated: January 29, 2016.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE